UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

**C 08-00775 JW**     NXP Semiconductors USA, Inc. -v- LSI Corporation

**C 08-05682 MMC**    NXP Semiconductors USA, Inc. V. Agere Systems Inc. Et al

CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: __January 14, 2009___         By: *Elizabeth C Garcia*
                                         **Deputy Clerk**

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: ____January 14, 2009___         By: *Elizabeth C Garcia*
                                          **Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____(date)