| | |
|---|---|
| MICHAEL E. MOLLAND (State Bar No. 111830)<br>DANIEL JOHNSON, JR. (State Bar No. 57409)<br>BRETT M. SCHUMAN (State Bar No. 189247)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: mmolland@morganlewis.com<br>E-mail: djjohnson@morganlewis.com<br>E-mail: bschuman@morganlewis.com<br><br>MICHAEL J. LYONS (State Bar No. 202284)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: mlyons@morganlewis.com<br><br>Attorneys for Plaintiff<br>NXP SEMICONDUCTORS USA, INC. | SAMUEL K. LU (State Bar No. 171969)<br>JONATHAN H. STEINBERG (State Bar No. 98044)<br>JASON G. SHEASBY (State Bar No. 205455)<br>C. MACLAIN WELLS (State Bar No. 221609)<br>STEPHEN LARSON (State Bar No. 240844)<br>ZACHARIAH SUMMERS (State Bar No. 255284)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>E-mail: jsteinberg@irell.com<br>E-mail: slu@irell.com<br>E-mail: jsheasby@irell.com<br>E-mail: mwells@irell.com<br>E-mail: slarson@irell.com<br>E-mail: zsummers@irell.com<br><br>Attorneys for Defendants LSI CORPORATION and AGERE SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>    Defendants. | Case No. C 08-05682 MMC<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-2 SETTING TIME FOR DEFENDANTS LSI CORPORATION AND AGERE SYSTEMS, INC. TO AMEND ANSWER TO ADD COUNTERCLAIMS AND FOR PLAINTIFF NXP SEMICONDUCTORS USA, INC. TO ANSWER ALL COUNTERCLAIMS**<br><br>AND ORDER THEREON |

DB2/21031572.3

STIP. SETTING TIME
C 08-05682 MMC

Plaintiff NXP Semiconductors USA, Inc. ("NXP"), by and through its undersigned counsel, and Defendants, LSI Corporation and Agere Systems, Inc. (collectively, "LSI" or "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Defendant LSI filed an Answer and Counter-Claim for Declaratory Judgment (the "Answer") on February 2, 2009, pursuant to the parties' Stipulation Extending Time For Defendant LSI Corporation And Agere Systems, Inc. To Respond To Plaintiff's Complaint;

WHEREAS, Plaintiff agrees that Defendants may amend the Answer to add additional counterclaims that assert patents against Plaintiff by no later than April 1, 2009;

WHEREAS, Defendants agree that Plaintiff may answer the existing and all additional counterclaims by no later than April 15, 2009 and further agree that the parties will negotiate a reasonable extension of this deadline if necessary to prepare a response to any additional counterclaims asserted by Defendants;

WHEREAS, the only previous time modification in this case has been the stipulated extension of time for Defendants to answer Plaintiff NXP's Complaint; and

WHEREAS, the deadlines of April 1, 2009 and April 15, 2009 do not impact the initial Rule 26(f) or case management conference deadlines set by the Court or any other deadlines in this matter;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that Defendants may amend the Answer to add counterclaims that assert patents against Plaintiff by no later than April 1, 2009 and Plaintiff NXP may answer the existing and all additional counterclaims by no later than April 15, 2009.

1 | Dated: March 6, 2009      MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Michael J. Lyons
    Michael J. Lyons
    Attorneys for Plaintiff
    NXP SEMICONDUCTORS USA, INC.

Dated: March 6, 2009      IRELL & MANELLA LLP

By: /s/ Jason G. Sheasby
    Jason G. Sheasby
    Attorneys For Defendants LSI CORPORATION
    And AGERE SYSTEMS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: March 9, 2009

_____
Hon. Maxine M. Chesney
United States District Judge