MICHAEL E. MOLLAND (SB No. 111830)
DANIEL JOHNSON, JR. (SB No. 57409)
BRETT M. SCHUMAN (SB No. 189247)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
E-mail: djjohnson@morganlewis.com
E-mail: bschuman@morganlewis.com

MICHAEL J. LYONS (State Bar No. 202284)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mlyons@morganlewis.com
Attorneys for Plaintiff and Counterclaim-Defendant NXP SEMICONDUCTORS USA, INC.

SAMUEL K. LU (SB No. 171969)
JONATHAN H. STEINBERG (SB No. 98044)
JASON G. SHEASBY (SB No. 205455)
C. MACLAIN WELLS (SB No. 221609)
BRIAN D. KRECHMAN (SB No. 254418)
ZACHARIAH SUMMERS (SB No. 255284)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
E-mail: jsteinberg@irell.com
E-mail: slu@irell.com
E-mail: jsheasby@irell.com
E-mail: mwells@irell.com
E-mail: bkrechman@irell.com
E-mail: zsummers@irell.com

Attorneys for Defendants and Counterclaimants LSI CORPORATION and AGERE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>　　　　Defendants.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>　　　　Counterclaim-Defendant. | Case No. C 08-05682 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

DB2/21073246.1

STIPULATION AND [PROPOSED] ORDER
MODIFYING CASE SCHEDULE
C 08-05682 MMC

1    Plaintiff and Counterclaim-Defendant NXP Semiconductors USA, Inc. ("Plaintiff"), by
2  and through its undersigned counsel, and Defendants and Counterclaimants LSI Corporation and
3  Agere Systems, Inc. (collectively "Defendants"), by and through their undersigned counsel,
4  hereby stipulate as follows:
5    WHEREAS, at the Initial Case Management Conference conducted on April 3, 2009, the
6  Court scheduled a tutorial (November 2, 2009), claim construction hearing (November 16, 2009),
7  and further case management conference (January 22, 2010); set a deadline for the parties to
8  amend pleadings or add parties (June 15, 2009); and adopted other deadlines for Patent Local
9  Rule disclosures and claim construction briefing that the parties proposed in the March 27, 2009
10 Joint Case Management Statement;
11   WHEREAS, pursuant to the stipulation entered on March 9, 2009, the parties agreed that
12 Defendants could file an Amended Answer and Counterclaims to add additional counterclaims
13 that assert patents against Plaintiff by no later than April 1, 2009, and that Plaintiff may answer
14 the existing and all additional counterclaims by no later than April 15, 2009;
15   WHEREAS, on April 1, 2009, Defendants filed their Amended Answer and
16 Counterclaims on April 1, 2009 asserting counterclaims against Plaintiff for infringement of five
17 patents;
18   WHEREAS, pursuant to Civil L.R. 6-2(a)(2), there have been no previous time
19 modifications in this action subsequent to the Initial Case Management Conference;
20   WHEREAS, Plaintiff requested an extension of the deadline to answer all counterclaims,
21 and Defendants acceded to the request and suggested further modifications of the case schedule
22 based thereon; and
23   WHEREAS, good cause exists for the schedule adopted by the Court at the Initial Case
24 Management Conference and the deadlines stipulated to by the parties to be modified;
25   THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and
26 respectfully request that the Court modify the case schedule as follows:
27
28

| Event | Prior Date | New Date |
|---|---|---|
| Last day for NXP to Answer the Existing and All Additional Counterclaims | April 15, 2009 | May 15, 2009 |
| Fed. R. Civ. P. 26(a)(1) Initial Disclosures | April 30, 2009 | May 29, 2009 |
| Patent L.R. 3-1 Infringement Contentions and Patent L.R. 3-2 Document Production | April 30, 2009 | May 29, 2009 |
| Patent L.R. 3-3 Invalidity Contentions and Patent L.R. 3-4 & 3-7 Document Productions | June 15, 2009 | June 29, 2009 |
| Last Day to Amend Pleadings/Add Parties | June 15, 2009 | June 29, 2009 |
| Patent L.R. 4-1 Exchange of Proposed Terms | June 29, 2009 | July 13, 2009 |
| Patent L.R. 4-2 Exchange of Preliminary Claim Constructions | July 20, 2009 | July 31, 2009 |

All other dates, including those for the tutorial (November 2, 2009), claim construction hearing (November 16, 2009), and further case management conference (January 22, 2010), shall remain unchanged and in effect.

Dated: April 10, 2009                    MORGAN, LEWIS & BOCKIUS LLP


By: /s/
    Michael J. Lyons
    Attorneys for Plaintiff
    NXP SEMICONDUCTORS USA, INC.

Dated: April 10, 2009                    IRELL & MANELLA LLP


By: /s/
    Brian D. Krechman
    Attorneys for Defendants and Counterclaimants
    LSI CORPORATION and AGERE SYSTEMS, INC.

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 14, 2009

_____
Hon. Maxine M. Chesney
United States District Judge