| | |
|---|---|
| MICHAEL E. MOLLAND (SB No. 111830) | SAMUEL K. LU (SB No. 171969) |
| DANIEL JOHNSON, JR. (SB No. 57409) | JONATHAN H. STEINBERG (SB No. 98044) |
| BRETT M. SCHUMAN (SB No. 189247) | JASON G. SHEASBY (SB No. 205455) |
| MORGAN, LEWIS & BOCKIUS LLP | C. MACLAIN WELLS (SB No. 221609) |
| One Market, Spear Street Tower | BRIAN D. KRECHMAN (SB No. 254418) |
| San Francisco, CA 94105-1126 | ZACHARIAH SUMMERS (SB No. 255284) |
| Tel: 415-442-1000 | IRELL & MANELLA LLP |
| Fax: 415-442-1001 | 1800 Avenue of the Stars, Suite 900 |
| E-mail: mmolland@morganlewis.com | Los Angeles, California 90067-4276 |
| E-mail: djjohnson@morganlewis.com | Telephone: (310) 277-1010 |
| E-mail: bschuman@morganlewis.com | Facsimile: (310) 203-7199 |
| | E-mail: slu@irell.com |
| MICHAEL J. LYONS (State Bar No. 202284) | E-mail: jsteinberg@irell.com |
| MORGAN, LEWIS & BOCKIUS LLP | E-mail: jsheasby@irell.com |
| 2 Palo Alto Square | E-mail: mwells@irell.com |
| 3000 El Camino Real, Suite 700 | E-mail: bkrechman@irell.com |
| Palo Alto, CA 94306-2122 | E-mail: zsummers@irell.com |
| Tel: 650-843-4000 | |
| Fax: 650-843-4001 | Attorneys for Defendants and Counterclaimants |
| E-mail: mlyons@morganlewis.com | LSI CORPORATION and AGERE SYSTEMS, INC. |

Attorneys for Plaintiff and Counterclaim-Defendant NXP SEMICONDUCTORS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>    Defendants.<br><hr>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>    vs.<br><br>NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>    Counterclaim-Defendant. | Case No. C 08-05682 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CERTAIN CLAIMS AND COUNTERCLAIMS RELATING TO U.S. PATENT NO. 6,529,035** |

1  Plaintiff and Counterclaim-Defendant NXP Semiconductors USA, Inc. ("Plaintiff"), by
2  and through its undersigned counsel, and Defendants and Counterclaimants LSI Corporation
3  ("LSI") and Agere Systems, Inc. ("Agere") (collectively "Defendants"), by and through their
4  undersigned counsel, hereby stipulate as follows:
5  WHEREAS, Plaintiff filed the above-captioned matter claiming, *inter alia*, infringement of
6  U.S. Patent No. 6,529,035 (the "'035 patent") by LSI;
7  WHEREAS, Defendants asserted counterclaims seeking, *inter alia*, a declaratory judgment
8  of non-infringement and invalidity of the '035 patent;
9  WHEREAS, Plaintiff unconditionally covenants and agrees not to sue Defendants or their
10 direct or indirect customers for infringement as to any claim of the '035 patent based upon
11 products manufactured by or for Defendants or sold by Defendants prior to the date of this
12 stipulation, including but not limited to the LSI53C1030 SCSI Controller and ET1011C2-C
13 Gigabit Ethernet Transceiver;
14 WHEREAS, Plaintiff unconditionally covenants and agrees not to sue Defendants or their
15 direct or indirect customers for infringement as to any claim of the '035 patent based upon
16 products currently manufactured by or for Defendants, or currently sold by Defendants as of the
17 date of this stipulation, including but not limited to the LSI53C1030 SCSI Controller and
18 ET1011C2-C Gigabit Ethernet Transceiver;
19 WHEREAS, Plaintiff unconditionally covenants and agrees not to sue Defendants or their
20 direct or indirect customers for infringement as to any claim of the '035 patent based upon
21 products that may be made by or for, or sold by or for, Defendants in the future;
22 WHEREAS, Plaintiff unconditionally covenants and agrees not to sue for infringement as
23 to any claim of the '035 patent any subsequent purchaser of any portion of Defendants' current
24 enterprise, *e.g.*, a product line or market segment, for continuing to make or sell the products
25 which would have been subject to Plaintiff's covenant not to sue given by Plaintiff herein if
26 Defendants had not sold such portion of Defendants' current enterprise;
27 WHEREAS, Plaintiff represents and warrants that it will not assign or otherwise transfer
28 any substantial rights to the '035 patent to any other person or entity prior to the expiration of the

'035 patent or, if it does, Plaintiff will assign or otherwise transfer those rights expressly subject to the covenant not to sue as stated herein.

IT IS HEREBY STIPULATED THAT:

1. Plaintiff dismisses its claim for infringement of the '035 patent by Defendants (First Claim for Relief in NXP's Complaint) with prejudice;

2. Defendants dismiss their counterclaim for a declaratory judgment of noninfringement and invalidity of the '035 patent (First Counterclaim, with respect to the '035 patent only, in Defendants' Amended Answer to Complaint and Counterclaims) without prejudice;

3. This stipulation does not constitute an admission by Plaintiff or Defendants regarding, and has no bearing whatsoever on the validity or enforceability, of the '035 patent. This stipulation does not constitute an admission by Plaintiff or Defendants regarding, and has no bearing whatsoever on, the infringement, validity, or enforceability of any other patents or patent claims in this suit. This stipulation does not, except as specifically stated above, create any rights or immunities, express or implied, in any other persons or entities.

Dated: June 23, 2009        MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Michael J. Lyons
Michael J. Lyons
Attorneys for Plaintiff
NXP SEMICONDUCTORS USA, INC.

Dated: June 23, 2009        IRELL & MANELLA LLP

By: /s/ Samuel K. Lu
Samuel K. Lu
Attorneys for Defendants and Counterclaimants
LSI CORPORATION and AGERE SYSTEMS, INC.

AND COUNTERCLAIMS (Case No. C 08-05682 MMC)
2051582                - 3 -

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Date:   June 25, 2009

_____
Hon. Maxine M. Chesney
United States District Judge

STIPULATION RE: DISMISSAL OF CERTAIN CLAIMS
AND COUNTERCLAIMS  (Case No. C 08-05682 MMC)

2051582

- 4 -