MICHAEL E. MOLLAND (State Bar No. 111830)
DANIEL JOHNSON, JR. (State Bar No. 57409)
BRETT M. SCHUMAN (State Bar No. 189247)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
E-mail: djjohnson@morganlewis.com
E-mail: bschuman@morganlewis.com

MICHAEL J. LYONS (State Bar No. 202284)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mlyons@morganlewis.com

Attorneys for Plaintiff
NXP SEMICONDUCTORS USA, INC.

SAMUEL K. LU (State Bar No. 171969)
JONATHAN H. STEINBERG (State Bar No. 98044)
JASON G. SHEASBY (State Bar No. 205455)
C. MACLAIN WELLS (State Bar No. 221609)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
E-mail: jsteinberg@irell.com
E-mail: slu@irell.com
E-mail: jsheasby@irell.com
E-mail: mwells@irell.com

Attorneys for Defendants LSI CORPORATION and AGERE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>    Defendants and Counterclaimants. | Case No. C 08-05682 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES PENDING FURTHER MEDIATION BY THE PARTIES** |

DB2/21239742.3

STIPULATION AND [PROPOSED] ORDER
VACATING CASE DEADLINES
C 08-05682 MMC

1  Plaintiff and Counterdefendant NXP Semiconductors USA, Inc. ("Plaintiff"), by and
2  through its undersigned counsel, and Defendants and Counterclaimants, LSI Corporation and
3  Agere Systems, Inc. (collectively "Defendants"), by and through their undersigned counsel,
4  hereby stipulate as follows:

5  WHEREAS, this case involves claims for infringement by Plaintiff of four patents and
6  counterclaims for infringement by Defendants of five patents;

7  WHEREAS, following the Initial Case Management Conference conducted on April 3,
8  2009, and pursuant to the stipulation entered on April 14, 2009, the following case deadlines are
9  currently in effect:

| | |
|---|---|
| Patent L.R. 4-2 Exchange of Preliminary Claim Constructions | July 31, 2009 |
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | August 14, 2009 |
| Patent L.R. 4-4 Close of Claim Construction Discovery | September 14, 2009 |
| Patent L.R. 4-5(a) Opening Claim Construction Brief | September 28, 2009 |
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | October 12, 2009 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | October 19, 2009 |
| Tutorial | November 2, 2009 |
| Claim Construction Hearing | November 16, 2009 |
| Case Management Conference | January 22, 2010 |

WHEREAS, on July 7, 2009, the parties participated in a mediation session conducted by the Honorable Edward A. Infante;

WHEREAS, although the parties did not settle this and the co-pending case (assigned to Judge Ware, Case No. C08-00775 JW) between them at the mediation, they did agree on a process for attempting to resolve the cases and are optimistic that further settlement discussions will be successful;

WHEREAS, there are twelve of Defendants' patents at issue in the case assigned to Judge Ware, Case No. C 08-00775 JW;

WHEREAS, the parties intend to have further business level discussions and have

1  scheduled a further session with Judge Infante on September 10, 2009 to explore a possible

2  resolution of this and the co-pending case before Judge Ware;

3      WHEREAS, in light of the upcoming mediation session on September 10, the parties have

4  agreed between them that their interests in pursuing settlement would best be served by avoiding

5  the expense and potential waste of judicial resources associated with the upcoming claim

6  construction deadlines; and

7      WHEREAS, the parties believe that, in view of the parties' agreement on terms for

8  continuing their informal dispute resolution process, good cause exists for the Court to vacate the

9  current deadlines in this case and stay discovery at least until after the parties conduct a further

10 mediation session;

11     THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and

12 respectfully request that the Court (1) vacate all case deadlines currently in effect; (2) stay

13 discovery; and (3) reschedule the Case Management Conference currently scheduled for January

14 22, 2010, to October 16, 2009, at 10:30 a.m., or at such other time as the Court directs, to discuss

15 whether certain case deadlines should be re-imposed and the stay on discovery lifted.  The parties

16 shall submit a CMC statement at least seven (7) days in advance of the CMC scheduled for

17 October 16, or at such other time as the Court directs, reporting on the status of settlement and the

18 parties' views on whether certain case deadlines should be re-imposed and the stay on discovery

19 lifted.

20     //

21     //

22     //

23     //

24     //

25     //

26     //

27     //

28

STIPULATION AND [PROPOSED] ORDER
VACATING CASE DEADLINES
C 08-05682 MMC

1  
2  Dated: July 28, 2009                    MORGAN, LEWIS & BOCKIUS LLP

3  
4                                          By: /s/ Brett M. Schuman
                                                Brett M. Schuman
                                                Attorneys for Plaintiff
5                                               NXP SEMICONDUCTORS USA, INC.

6  Dated: July 28, 2009                    IRELL & MANELLA LLP

7  
8                                          By: /s/ Samuel K. Lu
                                                Samuel K. Lu
9                                               Attorneys for Defendants LSI CORPORATION
                                                and AGERE SYSTEMS, INC.
10  

11       PURSUANT TO STIPULATION, IT IS SO RECOMMENDED

12  
13  Date:   July 28, 2009                     /s/ Hon. Edward A. Infante (Ret.)
                                               Hon. Edward A. Infante (Ret.)
14  

15  
         PURSUANT TO STIPULATION, IT IS SO ORDERED , and the Case Management
16   Conference is advanced from January 22, 2010 to October 16, 2009.

17  Date:   July 30, 2009
                                               _____
18                                             Hon. Maxine M. Chesney
                                               United States District Judge
19  
20  
21  
22  
23  
24  
25  
26  
27  
28