| | |
|---|---|
| MICHAEL E. MOLLAND (State Bar No. 111830)<br>DANIEL JOHNSON, JR. (State Bar No. 57409)<br>BRETT M. SCHUMAN (State Bar No. 189247)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: mmolland@morganlewis.com<br>E-mail: djjohnson@morganlewis.com<br>E-mail: bschuman@morganlewis.com<br><br>MICHAEL J. LYONS (State Bar No. 202284)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: mlyons@morganlewis.com<br><br>Attorneys for Plaintiff<br>NXP SEMICONDUCTORS USA, INC. | SAMUEL K. LU (State Bar No. 171969)<br>JONATHAN H. STEINBERG (State Bar No. 98044)<br>JASON G. SHEASBY (State Bar No. 205455)<br>C. MACLAIN WELLS (State Bar No. 221609)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>E-mail: jsteinberg@irell.com<br>E-mail: slu@irell.com<br>E-mail: jsheasby@irell.com<br>E-mail: mwells@irell.com<br><br>Attorneys for Defendants LSI CORPORATION and AGERE SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>  Plaintiff and Counterdefendant,<br><br>  v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>  Defendants and Counterclaimants. | Case No. C 08-05682 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES PENDING FURTHER MEDIATION BY THE PARTIES** |

Plaintiff and Counterdefendant NXP Semiconductors USA, Inc. ("Plaintiff"), by and through its undersigned counsel, and Defendants and Counterclaimants, LSI Corporation and Agere Systems, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this case involves claims for infringement by Plaintiff of four patents and counterclaims for infringement by Defendants of five patents;

WHEREAS, following the Initial Case Management Conference conducted on April 3, 2009, and pursuant to the stipulation entered on April 14, 2009, the following case deadlines are currently in effect:

| | |
|---|---|
| Patent L.R. 4-2 Exchange of Preliminary Claim Constructions | July 31, 2009 |
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | August 14, 2009 |
| Patent L.R. 4-4 Close of Claim Construction Discovery | September 14, 2009 |
| Patent L.R. 4-5(a) Opening Claim Construction Brief | September 28, 2009 |
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | October 12, 2009 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | October 19, 2009 |
| Tutorial | November 2, 2009 |
| Claim Construction Hearing | November 16, 2009 |
| Case Management Conference | January 22, 2010 |

WHEREAS, on July 7, 2009, the parties participated in a mediation session conducted by the Honorable Edward A. Infante;

WHEREAS, although the parties did not settle this and the co-pending case (assigned to Judge Ware, Case No. C08-00775 JW) between them at the mediation, they did agree on a process for attempting to resolve the cases and are optimistic that further settlement discussions will be successful;

WHEREAS, there are twelve of Defendants' patents at issue in the case assigned to Judge Ware, Case No. C 08-00775 JW;

WHEREAS, the parties intend to have further business level discussions and have

1  scheduled a further session with Judge Infante on September 10, 2009 to explore a possible
2  resolution of this and the co-pending case before Judge Ware;
3      WHEREAS, in light of the upcoming mediation session on September 10, the parties have
4  agreed between them that their interests in pursuing settlement would best be served by avoiding
5  the expense and potential waste of judicial resources associated with the upcoming claim
6  construction deadlines; and
7      WHEREAS, the parties believe that, in view of the parties' agreement on terms for
8  continuing their informal dispute resolution process, good cause exists for the Court to vacate the
9  current deadlines in this case and stay discovery at least until after the parties conduct a further
10 mediation session;
11     THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and
12 respectfully request that the Court (1) vacate all case deadlines currently in effect; (2) stay
13 discovery; and (3) reschedule the Case Management Conference currently scheduled for January
14 22, 2010, to October 16, 2009, at 10:30 a.m., or at such other time as the Court directs, to discuss
15 whether certain case deadlines should be re-imposed and the stay on discovery lifted.  The parties
16 shall submit a CMC statement at least seven (7) days in advance of the CMC scheduled for
17 October 16, or at such other time as the Court directs, reporting on the status of settlement and the
18 parties' views on whether certain case deadlines should be re-imposed and the stay on discovery
19 lifted.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1
2  Dated: July 28, 2009                    MORGAN, LEWIS & BOCKIUS LLP
3
4                                          By: /s/ Brett M. Schuman
                                              Brett M. Schuman
                                              Attorneys for Plaintiff
5                                             NXP SEMICONDUCTORS USA, INC.

6  Dated: July 28, 2009                    IRELL & MANELLA LLP
7
8                                          By: /s/ Samuel K. Lu
                                              Samuel K. Lu
9                                             Attorneys for Defendants LSI CORPORATION
                                              and AGERE SYSTEMS, INC.
10

11       PURSUANT TO STIPULATION, IT IS SO RECOMMENDED
12
13  Date:  July 28, 2009                    /s/ Hon. Edward A. Infante (Ret.)
                                           Hon. Edward A. Infante (Ret.)
14

15       PURSUANT TO STIPULATION, IT IS SO ORDERED, and the Case Management
16  Conference is advanced from January 22, 2010 to October 16, 2009.

17  Date:  July 30, 2009
                                           Hon. Maxine M. Chesney
18                                         United States District Judge

19
20
21
22
23
24
25
26
27
28