MICHAEL E. MOLLAND (SB No. 111830)
DANIEL JOHNSON, JR. (SB No. 57409)
BRETT M. SCHUMAN (SB No. 189247)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
E-mail: djjohnson@morganlewis.com
E-mail: bschuman@morganlewis.com

MICHAEL J. LYONS (SB No. 202284)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mlyons@morganlewis.com

Attorneys for Plaintiff and Counterdefendant
NXP SEMICONDUCTORS USA, INC.

JONATHAN STEINBERG (SB No. 98044)
SAMUEL K. LU (SB No. 171969)
JASON G. SHEASBY (SB No. 205455)
C. MACLAIN WELLS (SB No. 221609)
ZACHARIAH SUMMERS (SB No. 255284)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: 310.277-1010
Fax: 310-203-7199
E-mail: jsteinberg@irell.com
E-mail: slu@irell.com
E-mail: jsheasby@irell.com
E-mail: mwells@irell.com
E-mail: zsummers@irell.com

Attorneys for Defendants and
Counterclaimants
LSI CORPORATION AND AGERE
SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>    Defendants and Counterclaimants. | Case No. C 08-05682 MMC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER** CONTINUING CASE MANAGEMENT CONFERENCE |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21364094.1

SUPP. JOINT CASE MGMT. CONF. STMT.
(C 08-05682 MMC)

Pursuant to Civil L.R. 16-10(d), Plaintiff and Counterclaim-Defendant NXP Semiconductors USA, Inc. ("NXP") and Defendants and Counterclaimants LSI Corp. d/b/a LSI Logic Corp. ("LSI") and Agere Systems, Inc. ("Agere") (together "LSI") jointly submit this supplement to their March 27, 2009 Joint Case Management Statement and Proposed Order (Dkt. No. 20).

On July 7, 2009, the parties participated in a mediation session with the Honorable Edward A. Infante (Ret.). Although unable to settle the case at that mediation, the parties made progress and scheduled another mediation session with Judge Infante for September 10, 2009. On July 28, 2009, the parties filed a Stipulation and [Proposed] Order Vacating Case Deadlines Pending Further Mediation by the Parties. Dkt. No. 31. On July 30, 2009, the Court filed an Order vacating the then-existing case schedule, advancing the case management conference to October 16, 2009, and ordering the parties to file a supplemental case management conference statement by October 9, 2009 that addresses, among other things, the status of the parties' settlement discussions. Dkt. No. 32.

## I. BACKGROUND

### A. Patents at Issue In the Litigation

NXP brought this action under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*, seeking damages and injunctive relief for Defendants' direct or indirect infringement of U.S. Patent No. 6,529,035 (the "NXP '035 patent"), U.S. Patent No. 6,369,427 (the "'427 patent"), U.S. Patent No. 6,104,589 (the "'589 patent"), U.S. Patent No. 6,483,847 (the "'847 patent"), and U.S. Patent No. 6,657,477 (the "'477 patent") (collectively, the "NXP patents"). *See* Dkt No. 1. Defendants have denied directly or indirectly infringing any of the NXP patents, and assert that one or more claims of the NXP patents are invalid.

LSI brought its counterclaims under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq.*, and the United States Patent Act, 35 U.S.C. §§ 101 *et seq.*, seeking declarations of non-infringement and/or invalidity relating to the NXP patents and seeking damages and injunctive relief relating to U.S. Patent Nos. 6,798,035 (the "LSI '035 patent"), 6,184,700 (the "'700 patent"), 6,777,803 (the "'803 patent"), 5,895,968 (the "'968 patent"), and 6,313,683 (the "'683

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21364094.1

SUPP. JOINT CASE MGMT. CONF. STMT.
(C 08-05682 MMC)

1  patent") (collectively, the "LSI patents").  *See* Dkt. No. 22.  Plaintiff has denied directly or

2  indirectly infringing any of the LSI patents, asserts that one or more claims of the LSI patents are

3  invalid, and counterclaimed under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq.*

4  seeking declarations of non-infringement and/or invalidity relating to the LSI patents.

5          On June 23, 2009, the parties filed a Stipulation And [Proposed] Order Regarding

6  Dismissal Of Certain Claims And Counterclaims Relating To U.S. Patent No. 6,529,035.  *See*

7  Dkt. No. 29.  On June 25, 2009, the Court entered an order based on this stipulation dismissing all

8  claims/counterclaims regarding the NXP '035 patent.  *See* Dkt. No. 30.

9      **B.**    **Case Status**

10          On May 29, 2009, the parties disclosed their respective asserted claims and preliminary

11  infringement contentions pursuant to Patent L.R. 3-1.  On June 29, 2009, the parties exchanged

12  their respective invalidity contentions pursuant to Patent L.R. 3-3.  On July 13, 2009, the parties

13  each proposed patent claim terms for construction pursuant to Patent L.R. 4-1.

14          On July 28, 2009, the parties filed a Stipulation and [Proposed] Order Vacating Case

15  Deadlines Pending Further Mediation by the Parties.  Dkt. No. 31.  On July 30, 2009, the Court

16  filed an Order vacating the then-existing case schedule and continuing the case management

17  conference to October 16, 2009.  *See* Dkt. No. 32.

18  **II.**    **UPDATE REGARDING SETTLEMENT DISCUSSIONS**

19          On July 7, 2009, the parties participated in a mediation session, conducted by the

20  Honorable Edward A. Infante (Ret.), in an attempt to settle this and the co-pending case (assigned

21  to Judge Ware, Case No. C 08-0775 JW, RS).  While the parties did not settle, the parties agreed

22  to participate in, and did participate in, a further session with Judge Infante on September 10,

23  2009.  The parties believe they made substantial progress toward a settlement of this and the co-

24  pending litigation assigned to Judge Ware during the September 10, 2009 mediation session.

25          The parties remain optimistic that further settlement discussions will be successful and are

26  currently negotiating over the terms of a draft settlement agreement.  To the extent necessary, the

27  parties have also scheduled a further settlement conference with Judge Infante for October 29,

28  2009.  Accordingly, the parties believe a continuance of the Case Management Conference in this

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21364094.1

2

SUPP. JOINT CASE MGMT. CONF. STMT.
(C 08-05682 MMC)

action until November 13, 2009 would best serve their interests in pursuing settlement and avoid the expense and potential waste of judicial resources associated with the current Case Management Conference schedule.

### III.  REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

The parties jointly request that the Court continue the October 16, 2009 Case Management Conference until November 13, 2009 to allow the parties to try to reach a binding resolution of the co-pending cases. The parties request that the Court continue the stay of proceedings in this case pending the continued Case Management Conference. No later than seven (7) calendar days prior to the continued Case Management Conference, the parties will submit a supplemental report to the Court in the event their discussions have not resulted in a settlement of the litigation. If it appears at that time that settlement is not likely, the parties will, in that report, propose that the stay on discovery be lifted and will propose a schedule for further proceedings in the case.

Respectfully submitted,

Dated: October 7, 2009                MORGAN, LEWIS & BOCKIUS LLP


By /s/ Michael J. Lyons
   Michael J. Lyons
   Attorneys for Plaintiff

Dated: October 7, 2009                IRELL & MANELLA LLP


By /s/ Samuel K. Lu
   Samuel K. Lu
   Attorneys for Defendants

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21364094.1

3

SUPP. JOINT CASE MGMT. CONF. STMT.
(C 08-05682 MMC)

1  IT IS SO RECOMMENDED

2

3  Dated: October 7, 2009

4                                          By /s/ Hon. Edward A. Infante (Ret.)
                                               Hon. Edward A. Infante (Ret.)
5

6

7                              [PROPOSED] ORDER

8

9      The Case Management Conference scheduled for October 16, 2009 is continued to

10  November 20, 2009. The parties shall file a Supplemental Joint Case Management

11  Conference Statement by November 13, 2009.

12     **IT IS SO ORDERED.**

13  Dated: October 8, 2009

14

15                                          By _____
                                               HON. MAXINE M. CHESNEY
16                                             UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21364094.1

4

SUPP. JOINT CASE MGMT. CONF. STMT.
(C 08-05682 MMC)