| | |
|---|---|
| MICHAEL E. MOLLAND (SB No. 111830)<br>DANIEL JOHNSON, JR. (SB No. 57409)<br>BRETT M. SCHUMAN (SB No. 189247)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: mmolland@morganlewis.com<br>E-mail: djjohnson@morganlewis.com<br>E-mail: bschuman@morganlewis.com<br><br>MICHAEL J. LYONS (SB No. 202284)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: mlyons@morganlewis.com<br><br>Attorneys for Plaintiff and Counterdefendant<br>NXP SEMICONDUCTORS USA, INC. | JONATHAN STEINBERG (SB No. 98044)<br>SAMUEL K. LU (SB No. 171969)<br>JASON G. SHEASBY (SB No. 205455)<br>C. MACLAIN WELLS (SB No. 221609)<br>ZACHARIAH SUMMERS (SB No. 255284)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Tel: 310.277-1010<br>Fax: 310-203-7199<br>E-mail: jsteinberg@irell.com<br>E-mail: slu@irell.com<br>E-mail: jsheasby@irell.com<br>E-mail: mwells@irell.com<br>E-mail: zsummers@irell.com<br><br>Attorneys for Defendants and Counterclaimants<br>LSI CORPORATION AND AGERE SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>　　Defendants and Counterclaimants. | Case No. C 08-05682 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff and Counterdefendant NXP Semiconductors USA, Inc. ("Plaintiff"), by and through its undersigned counsel, and Defendants and Counterclaimants, LSI Corporation and Agere Systems, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this case involves claims for infringement by Plaintiff of four patents and counterclaims for infringement by Defendants of five patents;

WHEREAS, on July 7, 2009, September 10, 2009, and October 29, 2009, the parties participated in mediation sessions conducted by the Honorable Edward A. Infante (Ret.);

WHEREAS, although the parties did not settle this and the co-pending case (assigned to Judge Ware, Case No. C 08-0775 JW, RS) between them at the mediation sessions, they have made significant progress towards a settlement agreement through these mediation sessions;

WHEREAS, on October 8, 2009, the Court issued an Order continuing the October 16, 2009 Case Management Conference to November 20, 2009 at 10:30 a.m. (Dkt. No. 36);

WHEREAS, the parties participated in a further mediation session with the Honorable Edward A. Infante (Ret.) on October 29, 2009, and made further progress towards resolving the remaining outstanding issues in this and the co-pending case before Judge Ware. Additional settlement discussions (directly between the parties) have occurred since the October 29th mediation session, and such direct discussions will occur on an ongoing basis as the parties try in good faith to resolve complicated issues. The parties remain optimistic that a final settlement can be achieved soon.;

WHEREAS, the parties believe that good cause exists to continue the November 20, 2009 Case Management Conference. The parties respectfully ask the Court to continue the November 23, 2009 Case Management Conference to the first available date in January 2010. If the parties have not settled the cases by that time, they will provide a status report and a Case Management Conference statement to the Court not less than 10 days prior to the rescheduled Case Management Conference.

THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court continue the November 20, 2009 Case Management

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21429227.1                              1                    STIP. & [PROPOSED] ORDER TO CONTINUE
                                                                        CASE MGMT. CONF
                                                                         (C 08-05682 MMC)

Conference to the first available date in January 2010.  The parties shall submit a status report and a Case Management Conference Statement not less than 10 days prior to the rescheduled Case Management Conference.

Dated: November 13, 2009                          MORGAN, LEWIS & BOCKIUS LLP

                                                  By /s/Michael J. Lyons
                                                     Michael J. Lyons
                                                     Attorneys for Plaintiff

Dated: November 13, 2009                          IRELL & MANELLA LLP

                                                  By  /s/Samuel K. Lu
                                                     Samuel K. Lu
                                                     Attorneys for Defendants

         IT IS SO RECOMMENDED

Dated:  November 13, 2009

                                                  By  /s/ Edward A. Infante
                                                     Hon. Edward A. Infante (Ret.)

**FILER'S ATTESTATION**

I, Michael J. Lyons, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with General Order 45.X.B, I hereby attest that Samuel K. Lu and Hon. Edward A. Infante (Ret.) concur in this filing.

Dated: November 13, 2009

                                                  By /s/Michael J. Lyons
                                                     Michael J. Lyons
                                                     Attorneys for Plaintiff

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21429227.1                          2                    STIP. & [PROPOSED] ORDER TO CONTINUE
                                                                      CASE  MGMT. CONF
                                                                         (C 08-05682 MMC)

### [PROPOSED] ORDER

The Court GRANTS the parties request to continue the November 20, 2009 Case Management Conference. On January 8 , 2010 at 10:30 a.m., the parties shall appear for a Case Management Conference. The parties shall file a Supplemental Joint Case Management Statement, including a status report on their settlement discussions, not less than 10 days prior to the conference.

**IT IS SO ORDERED.**

Dated:   November 13, 2009

By _____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21429227.1

3

STIP. & [PROPOSED] ORDER TO CONTINUE
CASE MGMT. CONF
(C 08-05682 MMC)